The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Justin Godfrey Fahringer
   v. Commonwealth of Virginia
   Record No. 0370-18-3
   Opinion rendered by Judge Chafin on
   April 30, 2019

2. John Taylor
   v. Virginia Alcoholic Beverage Control Authority
   Record No. 1593-18-3
   Opinion rendered by Judge Humphreys on
   April 30, 2019

3. John Paris Stevens
   v. Commonwealth of Virginia
   Record No. 1926-17-1
   Opinion rendered by Judge Alston on
   May 7, 2019

4. Melinda Newman Mills
   v. Robert Alexander Mills
   Record No. 1630-18-2
   Opinion rendered by Judge Russell on
   May 14, 2019

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Major Lance Hillman
    v. Commonwealth of Virginia
   Record No. 0287-17-3
    Opinion rendered by Judge Malveaux
      on April 3, 2018
    Refused (180799)

2. Paramont Coal Company Virginia, LLC and
    Brickstreet Mutual Insurance Company
    v. Dewey J. McCoy
   Record No. 0710-18-3
    Opinion rendered by Chief Judge Decker
      on October 30, 2018
    Refused (181679)